# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SHAYLA BRITT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-17- 326-RAW |
| 1. WAL-MART ASSOCIATES, INC., | ) ) ) | |
| 2. WAL-MART STORES EAST, LP, | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF FEBRUARY 2018.**

S/Amber L. Hurst_____
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
Leah M. Roper, OBA # 32107
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com
*Counsel for Plaintiff*

s/Paula M. Williams_____
(*signed by filing party with permission*)
Sidney G. Dunagan, OBA No. 2524
Amy M. Stipe, OBA No. 13861
Ellen A. Adams, OBA No. 21581
Paula M. Williams, OBA No. 30772
GABLEGOTWALS
One Leadership Square, Suite 1500
211 N Robinson Ave.
Oklahoma City, OK 73102
astipe@gablelaw.com
eadams@gablelaw.com
pwilliams@gablelaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 5th day of February, 2018.

Sidney G. Dunagan, OBA No. 2524
Amy M. Stipe, OBA No. 13861
Ellen A. Adams, OBA No. 21581
Paula M. Williams, OBA No. 30772
GABLEGOTWALS
One Leadership Square, Suite 1500
211 N Robinson Ave.
Oklahoma City, OK 73102
astipe@gablelaw.com
eadams@gablelaw.com
pwilliams@gablelaw.com
*Attorneys for Defendants*

                                              s/Amber L. Hurst